**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER JAMES SYDELL,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendant. | Case No.: 2:24-cv-06095-JLS(BFMx)<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed. The Court retains jurisdiction over the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

DATE: November 10, 2025          By: *Josephine L. Staton*
                                     Hon. Josephine L. Staton
                                     *United States District Judge*

ORDER OF DISMISSAL